```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 20-00978-HWV
Christopher Michael Duplisea                                Chapter 13
Heather Renee Duplisea
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke         Page 1 of 1         Date Rcvd: Apr 15, 2020
                            Form ID: ntnew341       Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/jdb       +Christopher Michael Duplisea,    Heather Renee Duplisea,    223 S. Broad Street,
               Waynesboro, PA 17268-2007
5312550       Chase Mortgage,    Chase Records Center/Attn: Correspondenc,   Mail Code LA4 5555   700 Kansas Ln,
               Monroe, LA 71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5312551      +E-mail/Text: bdsupport@creditmanagementcompany.com Apr 15 2020 19:45:00
               Credit Management Company,    Attn: Bankruptcy,   2121 Noblestown Road,
               Pittsburgh, PA 15205-3956
5312552      +E-mail/Text: Bankruptcies@nragroup.com Apr 15 2020 19:45:11      National Recovery Agency,
               Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com
          Stephen Wade Parker   on behalf of Debtor 2 Heather Renee Duplisea Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker   on behalf of Debtor 1 Christopher Michael Duplisea Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Christopher Michael Duplisea,<br>**Debtor 1**<br>Heather Renee Duplisea,<br>**Debtor 2** | Chapter 13<br><br>Case No.  1:20−bk−00978−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you. | Date: May 7, 2020<br>Time: 12:00 PM |
|---|---|

**All deadlines set on the original notice of Meeting of Creditors have expired.  New deadlines will not be set.**

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 15, 2020 |

ntnew341 (04/18)