```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-00978-HWV
Christopher Michael Duplisea                                              Chapter 13
Heather Renee Duplisea
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke            Page 1 of 1             Date Rcvd: Apr 28, 2020
                              Form ID: pdf010            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db/jdb        +Christopher Michael Duplisea,    Heather Renee Duplisea,    223 S. Broad Street,
               Waynesboro, PA 17268-2007
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5312551       +E-mail/Text: bdsupport@creditmanagementcompany.com Apr 28 2020 19:56:08
               Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
               Pittsburgh, PA 15205-3956
5312550        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 19:58:17      Chase Mortgage,
               Chase Records Center/Attn: Correspondenc,    Mail Code LA4 5555  700 Kansas Ln,
               Monroe, LA 71203
5312552       +E-mail/Text: Bankruptcies@nragroup.com Apr 28 2020 19:56:20      National Recovery Agency,
               Attn: Bankruptcy,   Po Box 67015,    Harrisburg, PA 17106-7015
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 2 Heather Renee Duplisea Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Christopher Michael Duplisea Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| CHRISTOPHER MICHAEL DUPLISEA | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 1-20-bk-00978-HWV |
| HEATHER RENEE DUPLISEA | | |
| Debtor 2 | | |

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: April 28, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)